IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01256-BNB

JAMES HARPER,

Applicant,

v.

CHARLES DANIELS, Warden, U.S.P. Florence,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 6 2010

GREGORY C. LANGHAM
CLERK

ORDER

This matter is before the Court on Applicant's "Motion Requesting Transfer of Petition for Habeas Corpus Pursuant to 28 USC § 2241 Different Jurisdiction Due to Prisoner's Transfer to Different Prison Location," filed on July 27, 2010. Applicant, James Harper, is a prisoner in the custody of the United States Bureau of Prisons and is currently incarcerated at the United States Penitentiary in Lompoc, California.

Mr. Harper initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. At the time of filing, Mr. Harper was incarcerated at the United States Penitentiary in Florence, Colorado. On June 7, 2010, Magistrate Judge Boyd N. Boland entered an order instructing Mr. Harper to cure a deficiency in his action by filing an Amended Application on the court-approved form. On June 28, 2010, Mr. Harper filed a motion for extension of time to cure the deficiency, and informed the Court that he was currently in the process of being transferred to a new facility. Magistrate Boland granted the motion for extension of time by Minute Order

dated June 30, 2010, and directed Mr. Harper to cure the noted deficiency by July 30, 2010.

On July 27, 2010, Mr. Harper filed the "Motion Requesting Transfer," in which he informed the Court of his new location in California, and requested that this action be transferred to California. However, Mr. Harper was incarcerated in a federal prison in Colorado when he filed this habeas corpus action pursuant to 28 U.S.C. § 2241. "It is well established that jurisdiction attaches on the initial filing for habeas corpus relief, and it is not destroyed by a transfer of the petitioner and the accompanying custodial change." ***Santillanes v. U.S. Parole Comm'n***, 754 F.2d 887, 888 (10th Cir. 1985). Because the United States District Court for the District of Colorado had jurisdiction over this habeas corpus petition at the time the petition was filed, that jurisdiction is not defeated by Mr. Harper's subsequent transfer to California. Therefore, the Motion Requesting Transfer will be denied. Mr. Harper will again be directed to cure the deficiency noted in Magistrate Judge Boland's June 7 Order. Mr. Harper's failure to cure the deficiency will result in the dismissal of this action without further notice. Accordingly, it is

ORDERED that Applicant, James Harper's "Motion Requesting Transfer of Petition for Habeas Corpus Pursuant to 28 USC § 2241 Different Jurisdiction Due to Prisoner's Transfer to Different Prison Location," filed on July 27, 2010, is DENIED. It is

FURTHER ORDERED that Applicant file, within **thirty days of the date of this Order**, an Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court-approved form. IT IS

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241

DATED at Denver, Colorado, this 5th day of August, 2010.

BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01256-BNB

James Harper
Reg No. 75856-011
US Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436-3706

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 6/4/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk