IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01256-BNB

JAMES HARPER,

      Applicant,

v.

LINDA SANDERS, Warden, U.S.P. Lompoc,

      Respondent.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 12 2010

GREGORY C. LANGHAM
CLERK

_____

## ORDER DRAWING CASE

_____

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED October 12, 2010, at Denver, Colorado.

BY THE COURT:

   s/ Boyd N. Boland_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-01256-BNB

James Harper
Reg No. 75856-011
US Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436-3706

Timothy B. Jafek
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _10/2/10_

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk